ROBERT R. POWELL, ESQ. CSB#159747
RUTH K. KALNITSKY, ESQ CSB #244729
DENNIS R. INGOLS, ESQ.   CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
DANIELLE POLLAR, SHALAWN POLLAR
as Guardian Ad Litem for J.A., a minor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE POLLAR, SHALAWN POLLAR as Guardian Ad Litem for J.A., a minor, | Case No. C08 04196 |
| Plaintiffs, | ORDER APPOINTING GUARDIAN AD LITEM |
| vs. | |
| COUNTY OF ALAMEDA, et al. | |
| Defendants. | |

Based on a review of Plaintiff Danielle Pollar's Motion for Appointment of Guardian Ad Litem to represent Minor Plaintiff J.A.., and the declarations submitted in support thereof, inclusive of the declaration of Shalawn Pollar evidencing her consent to act in the capacity of Guardian Ad Litem for J.A., the Court hereby finds and orders as follows:

1. Shalawn Pollar is hereby appointed as Guardian Ad Litem for minor Plaintiff J.A. in

//

Order Appoint GAL                                  1
Pollar v. County of Alameda
U.S. District Court – Northern District of California

1  the above-entitled action.

2  IT IS SO ORDERED.

3

4  Date: ___09/__15__/2008

5  _____
   UNITED STATES DISTRICT
   COURT JUDGE – N.D. CALIFORNIA

