**ROBERT R. POWELL, ESQ. CSB#159747**
**SONIA S. CHABRA, ESQ CSB #231614**
**DENNIS R. INGOLS, ESQ.   CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
DANIELLE POLLAR, SHALAWN POLLAR
as Guardian Ad Litem for J.A., a minor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIELLE POLLAR, et al., ) | Case No. 08-04196 BZ | |
| ) | | |
| Plaintiffs, ) | [Proposed] | |
| ) | ORDER OF THE COURT RE: | |
| vs. ) | ACCESS TO RECORDS IN | |
| ) | FAMILY LAW MATTER | |
| COUNTY OF ALAMEDA, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

     Based on the Stipulation Re: Access To Records In Family Law Matter submitted by the parties, by and through counsel, on June 9th, 2009, and good cause appearing therefore, the court hereby orders and finds as follows;

     1.    Upon presentation of this Order to the Clerk of the Superior Court of the County of Alameda, Andrea Najor or any representative of her law office (Haapla, Thompson & Abern LLP) in possession of a filed copy of this Order, may receive a copy at their own expense of the entire case file for Case No. HF 07351949 maintained by said court or any agent thereof, and as contained in the files of plaintiffs' counsel in this matter, with the exception that any Income and Expense Declarations (or attachments thereto, such as

Order of the Court
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ

paycheck stubs, etc…) filed by either party to Case No. HF 07351949, will not be produced by the court or counsel for plaintiffs.

2. The documents produced pursuant to this order to Ms. Najor and/or her representative, shall be copied after Bates-Stamping or other numerical indexing, to all other counsel in this action reasonably promptly after receipt.

3. The documents produced pursuant to this order shall be subject to all of the terms and conditions of that certain Stipulated Protective Order filed 10/31/08 in this matter.

**IT IS SO ORDERED.**

Dated : 6/__9__/09

_____
BERNARD ZIMMERMAN, MAGISTRATE JUDGE FOR THE U.S.D.C. - NORTHERN DISTRICT OF CALIFORNIA (S.F.)

Order of the Court
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ)