# HAAPALA, THOMPSON & ABERN, LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| JOHN E. HAAPALA<br>CLYDE A. THOMPSON<br>STEVEN SHERIFF ABERN<br>AARON F. MACLEITCH<br>REBECCA S. WIDEN | PARK PLAZA BUILDING<br>1939 HARRISON STREET, SUITE 800<br>OAKLAND, CALIFORNIA 94612-3527<br>———<br>TELEPHONE: (510) 763-2324<br>FACSIMILE: (510) 273-8570<br>E-MAIL: rwiden@htalaw.com<br>www.htalaw.com | ANDREA A. NAJOR<br>BENJAMIN A. THOMPSON<br>JOHN C. WON<br>STEPHANIE A. YEE<br>GINA DASHMAN BOER<br>———<br>JUDITH B. ALTURA, OF COUNSEL<br>JODY STRUCK, OF COUNSEL |

June 22, 2009

**IT IS SO ORDERED**
/s/ James Larson
Judge James Larson

Via Electronic Filing Only

Honorable James Larson
Judge of the United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

Re:   Pollar, et al. v. County of Alameda, et al.
       USDC Action No. C08-04196 BZ (JL)

Dear Judge Larson:

We represent the County of Alameda and its employees, Marcy Takeuchi, Dale Billiter and Michael Yee in the above-referenced case.

A settlement conference is scheduled in this case for Tuesday, June 30, 2009, at 10:00 a.m. We request an order excusing individual defendants Marcy Takeuchi, Dale Billiter and Michael Yee ("individual defendants") from personal attendance at that settlement conference.

A risk management representative with authority to negotiate on behalf of the County of Alameda and the individual defendants will personally attend the settlement conference. The risk management representative will have the authority to recommend any settlement reached at the settlement conference to the Alameda County Board of Supervisors for final approval.

The individual defendants are child welfare workers employed by the County of Alameda and are responsible for responding to emergency child safety issues, which makes it particularly difficult for them to be in attendance. The individual defendants do not have settlement authority in this case and their presence is not necessary for a meaningful settlement conference.

For the above reasons, we request that the Court excuse the individual defendants from personal attendance at the June 30, 2009 settlement conference.

Very truly yours,
HAAPALA, THOMPSON & ABERN, LLP

Rebecca S. Widen

RSW/lcd

cc   Robert Powell [via electronic filing only]
      Nancy D. Hart [via electronic filing only]