ROBERT R. POWELL, ESQ. CSB#159747
DENNIS R. INGOLS, ESQ.   CSB#236458
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
DANIELLE POLLAR, SHALAWN POLLAR
as Guardian Ad Litem for J.A., a minor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIELLE POLLAR, et al., | ) | Case No. 08-04196 BZ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | STIPULATION FOR AN |
| vs. | ) | ORDER TO CONTINUE THE |
| | ) | TRIAL DATE AND PRETRIAL |
| COUNTY OF ALAMEDA, et al., | ) | MATTERS |
| | ) | |
| Defendants. | ) | |
| | ) | |

   The parties hereto, by and through their respective counsel, do hereby stipulate and agree as set forth below on the following recital of facts and request this court order same:

   1.   The parties have diligently pursued discovery and cooperated in that pursuit through the entirety of these proceedings. They have exchanged various audio and video tapes.  They have taken the depositions of defendant Marcy Takeuchi and witness Jason Anderson, and have started but were unable to complete the depositions of plaintiff Danielle Pollar and defendant Mike Edwards.  The deposition of Michael Yee was previously scheduled for June 10, 2009, however, was unable to take place, as the deposition of Mr. Anderson took considerably longer than expected; he was not prepared or represented by

Stipulation and Order re: New Trial Date
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ

1

counsel.

2. Additionally, the deposition of witness Charleen Casteel was noticed for June 17, 2009, however, as a result of suffering from Pneumonia, Defense Counsel, Andrea Najor was unable to attend and had to cancel the deposition. Thus, Ms. Casteel's deposition has been re-noticed to take place on July 9, 2009. The parties anticipate that excluding PMK depositions (the number of which may range from 2 to 4), there are still at least nine more depositions that must take place. All parties have cooperated in scheduling and hope to get scheduling of all remaining depositions finalized shortly.

3. The parents of the child plaintiff in this matter were in a related family law paternity and restraining order action, their involvement therein (as plaintiffs allege it) occurring as a result of the defendants actions. "Paternity actions" are actions between unmarried parents, and such actions have confidentiality under California law and thus documents related thereto are not available to the general public in the manner of a typical marital dissolution proceeding file, which any member of the public can review and order a copy of and use as they wish. Defendants could not conduct meaningful depositions until they obtained those records and Plaintiffs were unable to provide them to counsel without an order from this court. A stipulation was submitted recently on that issue, and an order which this court signed, allowing all of the parties to now have all documents.

4. In addition, there were related documents held by the Alameda County Social Services Agency, which are also confidential under California law, and required a state court filing and hearing procedure, followed by a document selection, redaction, and copying procedure, all of which caused delays outside of those which might routinely occur in a general civil tort action.

Stipulation and Order re: New Trial Date
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ

2

5. In the event that the Court is unable to schedule the trial for the dates proposed by this Stipulation, the parties requests that the Court hold a scheduling conference, telephonically if that is acceptable to the Court, so that plaintiffs' counsel and defendants' counsel could choose a new trial date suitable to the Court and their calendars. Counsel requests that in the event that the Court holds a scheduling conference to set a new trial date that it allow counsel to appear by telephone.

BASED on the foregoing recitals, the parties stipulate and request the court order that;

1. The current trial date is vacated, and trial is now set on **Monday, March 08, 2010**.

2. The Pretrial Conference Date to be continued from Tuesday, 11/17/2009 until **Tuesday, 2/16/2010**

3. The Last Day to Hear Dispositive Motions to be continued from Wednesday, 10/7/2009 until **Friday, 1/22/2010**

4. The Last Day for Expert Discovery to be continued from Friday 8/28/2009 until **Friday, 11/27/2009.**

5. The Last Day for Rebuttal Expert Disclosure to be continued from Friday 8/21/2009 until **Friday, 11/20/2009.**

6. The Last Day for Expert Disclosure to be continued from Friday, 8/14/2009 until **Friday, 11/13/2009.**

7. The Close of all Non-expert Discovery to be continued from Friday, 8/7/2009 to

//

//

Stipulation and Order re: New Trial Date
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ

3

**Friday, 11/6/2009.**

**IT IS SO STIPULATED.**

Dated : 7/1/09                                      ___/S/ Robert R. Powell_____
                                                ROBERT R. POWELL, ESQ.
                                                Attorney for Plaintiffs

Dated : 7/1/09                                      __/S/ Nancy D. Hart_____
                                                NANCY D. HART, ESQ.
                                                Attorney for City of Hayward, and
                                                Individually Named Defendant
                                                Employees of the City of Hayward

Dated : 7/1/09                                      __ /S/ Andrea A. Najor_____
                                                ANDREA A. NAJOR, ESQ.
                                                Attorney for County of Alameda, and
                                                Individually Named Defendant
                                                Employees of the County of Alameda

Stipulation and Order re: New Trial Date      4
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ

**[~~PROPOSED~~] ORDER**

Based on the foregoing stipulation, and good cause appearing therefore, the court hereby adopts the stipulation of the parties and orders as follows:

1. The current trial date is vacated, and trial is now set on **Tuesday, March 08, 2010**.

2. The Pretrial Conference Date to be continued from Tuesday, 11/17/2009 until **Tuesday, 2/16/2010**

3. The Last Day to Hear Dispositive Motions to be continued from Wednesday, 10/7/2009 until **Wednesday, ~~1/16/2010~~   1/20/2010**

4. The Last Day for Expert Discovery to be continued from Friday 8/28/2009 until **Friday, 11/27/2009.**

5. The Last Day for Rebuttal Expert Disclosure to be continued from Friday 8/21/2009 until **Friday, 11/20/2009.**

6. The Last Day for Expert Disclosure to be continued from Friday, 8/14/2009 until **Friday, 11/13/2009.**

7. The Close of all Non-expert Discovery to be continued from Friday, 8/7/2009 to **Friday, 11/6/2009.**

**IT IS SO ORDERED**.

Dated: __7_/__6__/09

_____
JUDGE OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT- SAN FRANCISCO

Bernard Zimmerman,
U.S. Magistrate Judge

Stipulation and Order re: New Trial Date
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ)

5