1 Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
2 HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
3 Oakland, California 94612
Tel: 510-763-2324
4 Fax: 510-273-8570

5 Attorneys For Defendants
COUNTY OF ALAMEDA, MARCY TAKEUCHI,
6 DALE BILLITER and MICHAEL YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| DANIELLE POLLAR, SHALAWN POLLAR, Guardian Ad Litem for J.A., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, MARY TAKEUCHI, DALIE BILLITER, MICHAEL YEE, CITY OF HAYWARD, SAM SANDER, MIKE EDWARDS and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: C08-04196 BZ (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY CUT-OFF DATE** |

The parties hereto, by and through their undersigned counsel, request that the discovery cut-off in this action be continued for a period of 21 days. The parties have diligently pursued and cooperated in the discovery process. However, due to a combination of witness and counsel unavailability, the parties are unable to complete all fact witness depositions prior to the fact discovery cut-off of November 6, 2009. The parties, therefore, request an additional 21 days within which to complete these depositions and all other fact discovery. No other court-ordered deadlines will be affected if the requested extension is granted.

The parties respectfully request that the Court extend the fact discovery cut off in this matter to <u>November 27, 2009</u>.

/

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 20, 2009          LAW OFFICES OF ROBERT R. POWELL

By: __*/s/ Robert R. Powell__
Robert R. Powell
Attorneys For Plaintiffs
*Mr. Powell provided his verbal consent
that this document be electronically filed.

Dated: October 19, 2009          HAAPALA, THOMPSON & ABERN, LLP

By: __/s/ Rebecca S. Widen__
Rebecca S. Widen
Attorneys For Defendants
COUNTY OF ALAMEDA,
MARCY TAKEUCHI, MICHAEL YEE, and
DALE BILLITER

Dated: October 20, 2009          CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN AND SCHELEY

By: __*/s/ Patrick Co__
Patrick Co
Attorneys For Defendants
CITY OF HAYWARD, SAM SANDER and
MIKE EDWARDS
*Mr. Co provided his consent that this
document be electronically filed.

## ORDER

Pursuant to stipulation and for good cause shown, it is SO ORDERED.

Dated: October 20, 2009

_[signature: Bernard Zimmerman]_
Honorable Bernard Zimmerman
United States Magistrate Judge

2

*Pollar v. County of Alameda, et al.*/Case #C08-04196 BZ
Stipulation And [Proposed] Order To Continue Fact Discovery Cut-Off Date