UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE POLLAR, et al.,

       Plaintiffs,

  v.

COUNTY OF ALAMEDA, et al.,

       Defendants.

No. C08-4196

**ORDER TAKING MOTION TO COMPEL OFF CALENDAR**

**IT IS HEREBY ORDERED** that defendants' motion to compel further discovery responsive to defendants' Interrogatory Number 23 or To Provide Deposition Testimony is taken off the court's calendar, for failure to comply with section 2 of the Court's Pretrial Scheduling Order. If the County defendants believe that a discovery dispute still exists, they must adhere to the court's pretrial order. The parties are admonished henceforth to follow the Local Rules and the Court's orders.

Dated: December 10, 2009

                                      Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\POLLAR V. COUNTY OF ALAMEDA\ORDER RE MOTION TO COMPEL.wpd

1