UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE POLLAR, et al., | |
| Plaintiffs, | No. C08-4196 BZ |
| v. | **ORDER TAKING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OFF CALENDAR** |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

Defendants City of Hayward and Mike Edwards and Defendants County of Alameda, Dale Billiter, Mary Takeuchi, and Michael Yee filed motions for summary judgment on December 16, 2009. None of the motions are supported by a joint statement of undisputed facts, nor do any of the motions provide an explanation for failing to comply with Civil Local Rule 56-1(b) and page 3 of the Pretrial Scheduling Order dated December 16, 2008. **IT IS ORDERED** that the summary judgment motions and the administrative motion to file under seal are taken off calendar.

Dated: December 18, 2009

                                          Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\POLLAR V. COUNTY OF ALAMEDA\ORDER RE MSJ.wpd

1