1  Rebecca S. Widen, SBN 219207
   Andrea A. Najor, SBN 221853
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, MARCY TAKEUCHI,
6  DALE BILLITER and MICHAEL YEE

7

8                  UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10  DANIELLE POLLAR, SHALAWN              )  Case No.:  C08-04196 BZ (JL)
    POLLAR, Guardian Ad Litem for J.A., a )
11  minor,                                )  **STIPULATION AND [PROPOSED]**
                                          )  **ORDER MODIFYING SCHEDULING**
12              Plaintiffs,               )  **ORDER AND REFERRING PARTIES TO**
                                          )  **SETTLEMENT CONFERENCE**
13       vs.                              )
                                          )
14  COUNTY OF ALAMEDA, MARY               )
    TAKEUCHI, DALIE BILLITER, MICHAEL     )
15  YEE, CITY OF HAYWARD, SAM             )
    SANDER, MIKE EDWARDS and DOES 1       )
16  through 20, inclusive,                )
                                          )
17              Defendants.               )
                                          )

18

19        The parties hereto, by and through their undersigned counsel, stipulate and agree as

20  follows:

21        1.    The parties' summary judgment motions were due on December 16, 2009, and

22  both sets of defendants filed them on a timely basis.  However, the parties were unable to

23  agree on and complete the joint statements of undisputed facts (one for each motion) prior to

24  the time the motions were due to be filed.  The parties believe that, with additional time to

25  meet and confer, they will be able to agree on a single set of stipulated, undisputed facts that

26  will be useful to the Court in connection with both pending motions.

27        2.    The current deadline for plaintiffs' opposition to the motions for summary

28  judgment is _____.  Plaintiffs' counsel has fixed holiday plans that take him out of town for

                                          1
*Pollar v. County of Alameda, et al./*Case #C08-04196 BZ
Stipulation And [Proposed] Order Modifying Scheduling Order And Referring Parties To Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

several days, thereby shortening the time allotted for him to respond to the two separate motions. Plaintiffs' counsel would like additional time to prepare the oppositions.

3. Defendants City of Hayward and Mike Edwards would like to file an amended Motion for Summary Judgment to clarify that their motion is directed to the claims of both plaintiffs, Danielle Pollar and Shalawn Pollar, as guardian ad litem to J.A., a minor.

4. The parties would like to revisit settlement at this time, and request that a referral be made to Magistrate Judge Maria Elena James for a settlement conference to take place prior to the new summary judgment hearing date. The parties believe Judge James would be most effective in negotiating a potential settlement in this case.

5. The parties request that the current March 2010 trial date be taken off calendar and that a case management conference be scheduled for 60 days after the new summary judgment hearing date, at which time the court will presumably have ruled on the motions and that ruling may spur either further settlement, or of course, appellate court filings by one or more parties. The parties believe 60 days for holding such CMC will allow ample time for the motions for summary judgment to be determined, but should the court believe a shorter or longer period is appropriate, the parties simply request the court so indicate in its order, if it agrees with the parties' stipulation generally.

6. As part of their consideration in making this request, in addition to those issues mentioned above, the parties respectfully submit, that as there are two motions for summary judgment against two public entity defendants and their employees, both making claims of qualified immunity, the likelihood of an appeal, whether it be from a defendant whose summary judgment motion is denied or from plaintiffs if either parties' summary judgment motion is granted, is extremely high. Allowing for a CMC to re-evaluate the case in terms of trial or settlement posture, after the rulings on the motions, is felt by the parties to serve judicial economy, and avoid holding the Court's calendar hostage on dates that may well be circumvented by an appeal from one or more parties.

7. For these reasons, the parties respectfully request that the Court vacate the existing trial date and all related deadlines that have not already passed, and refer the parties

2

*Pollar v. County of Alameda, et al./*Case #C08-04196 BZ
Stipulation And [Proposed] Order Modifying Scheduling Order And Referring Parties To Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1  to Magistrate Judge Maria Elena James for a settlement conference which the parties will (in

2  consultation with Magistrate James' office) seek to take place prior to the new summary

3  judgment hearing date, and modify the current scheduling order as follows:

4       City of Hayward defendants' amended
     Motion for Summary Judgment due:    **December 23, 2009**

5

6       Parties' Joint Statement of Undisputed
     Facts due:    **January 8, 2010**

7       Summary judgment oppositions due:    **January 19, 2010**

8       Summary judgment replies due:    **February 3, 2010**

9       Settlement Conference with Magistrate
     Judge Maria Elena James:    **Prior to February 17, 2010** <u>if possible</u>.

10       Summary judgment hearing:    **February 17, 2010, at 10:00 a.m.**

11       Case management conference:    **April 19, 2010, at 4:00 p.m.**

12

13       IT IS SO STIPULATED.

14  Dated: December 18, 2009      LAW OFFICES OF ROBERT R. POWELL

15

16       By:   */s/ Robert R. Powell
          Robert R. Powell
          Attorneys For Plaintiffs

17            *Mr. Powell provided his verbal consent
          that this document be electronically filed.

18

19  Dated: December 18, 2009      HAAPALA, THOMPSON & ABERN, LLP

20

21       By:   /s/ Rebecca S. Widen
          Rebecca S. Widen, Attorneys For Defendants
          COUNTY OF ALAMEDA,

22            MARCY TAKEUCHI, MICHAEL YEE, and
          DALE BILLITER

23

24  Dated: December 18, 2009      CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
     BEEMAN AND SCHELEY

25

26       By:   */s/ Patrick Co
          Patrick Co, Attorneys For Defendants

27            CITY OF HAYWARD, SAM SANDER and
          MIKE EDWARDS
          *Mr. Co provided his consent that this

28            document be electronically filed.

3

**ORDER**

Pursuant to stipulation and for good cause shown, it is SO ORDERED, except that
defendants' amended motion and the joint statement are due on the same
date - any date before January 8, 2010, to which the parties agree.

Dated:
12/21/2009

_____
Honorable Bernard Zimmerman
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

*Pollar v. County of Alameda, et al./*Case #C08-04196 BZ
Stipulation And [Proposed] Order Modifying Scheduling Order And Referring Parties To Settlement Conference