UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE POLLAR, et al.,           )
                                   )
          Plaintiffs,              )     No. C08-4196 BZ
                                   )
     v.                            )
                                   )     **ORDER REFERRING CASE FOR**
COUNTY OF ALAMEDA, et al.,         )     **SETTLEMENT CONFERENCE**
                                   )
                                   )
          Defendants.              )
_____ )

    **IT IS HEREBY BY ORDERED** that this case is referred to
Chief Magistrate Judge James for settlement conference to be
held in **January of 2010,** if possible.

Dated:  December 21, 2009

                                           _____
                                     Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-BZCASES\POLLAR V. COUNTY OF ALAMEDA\SETTLEMENT REFERRAL.wpd

1