UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE POLLAR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants. | No. C08-4196 BZ<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT SAM SANDER** |

Before the Court is a stipulation for a dismissal of this action as to defendant Sam Sander. The Court understands that a dismissal of a lawsuit prosecuted by a guardian ordinarily requires court approval of the settlement. If the Court is incorrect, or if there are facts that which takes this outside the general rule, the parties shall file a joint writing to the effect. Otherwise, the stipulation will not be approved.

Dated: December 23, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\POLLAR V. COUNTY OF ALAMEDA\ORD RE DISM OF DEF SANDER.wpd

1