Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:  510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, MARCY TAKEUCHI,
DALE BILLITER and MICHAEL YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| DANIELLE POLLAR, SHALAWN POLLAR, Guardian Ad Litem for J.A., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, MARY TAKEUCHI, DALIE BILLITER, MICHAEL YEE, CITY OF HAYWARD, SAM SANDER, MIKE EDWARDS and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: C08-04196 BZ (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

The parties hereto, by and through their undersigned counsel, stipulate and agree as follows:

1. The hearing date for summary judgment motions is currently scheduled for February 17, 2010 at 10:00 a.m. For the reasons that follow, the parties have agreed to continue this date to March 3, 2010 at 10:00 a.m., and respectfully request that the Court modify the dates set forth in the current scheduling order.

2. Plaintiffs' counsel has out-of-town depositions (Los Angeles) in another matter on the hearing date currently set for the summary judgment motions, February 17, 2010. The

1

*Pollar v. County of Alameda, et al./*Case #C08-04196 BZ
Stipulation And [Proposed] Order Modifying Scheduling Order

parties realize this was a date actually suggested by the parties. Plaintiffs' counsel apologizes to the Court, however, while he was in the midst of offering this date up in the discussion regarding the last stipulation, his staff was busy setting depositions with two other law firms of various police officers in the case of McCreadie v. Riverside County (Case No. CV 09-02596 VBF), venued in the Central District of California.

3. Additionally, since the last scheduling order was entered, the parties have secured a settlement conference date of Friday, January 15, 2010 with Magistrate Judge Maria Elena James. This date is four days prior to the due date for plaintiffs' summary judgment oppositions under the current scheduling order. Plaintiffs' counsel has indicated that the potential for settlement is far greater if he is able to avoid the attorneys' fees associated with preparing not one, but two summary judgment oppositions prior to the settlement conference.

4. Counsel for plaintiffs and both sets of defendants have been diligently meeting and conferring on a single joint statement of undisputed facts for use in connection with both of the amended summary judgment motions to be filed defendants. The joint statement is due this Thursday, January 7, 2010, under the current scheduling order. The meet and confer process is taking longer than anticipated (there are actually two separate claimed "removals" of the child in this action), and the parties believe that having additional time to work together on the joint statement would be helpful in making it as comprehensive and useful as possible. This would allow for greatly reduced separate statements of fact.

5. For these reasons, the parties respectfully request that the Court vacate the existing summary judgment hearing date and all related briefing deadlines, and modify the current scheduling order as follows:

| | |
|---|---|
| Amended Motions for Summary Judgment and Parties' Joint Statement of Undisputed Facts due: | **January 14, 2010** |
| Summary judgment oppositions due: | **February 5, 2010** |
| Summary judgment replies due: | **February 19, 2010** |
| Summary judgment hearing: | **March 3, 2010, at 10:00 a.m.** |

2

*Pollar v. County of Alameda, et al./*Case #C08-04196 BZ
Stipulation And [Proposed] Order Modifying Scheduling Order

The parties request that the existing case management conference date of **April 19, 2010 at 4:00 p.m.** remain intact, but understand if the court wishes to adjust that date as well.

IT IS SO STIPULATED.

Dated: January 5, 2010        LAW OFFICES OF ROBERT R. POWELL

By: */s/ Robert R. Powell
Robert R. Powell
Attorneys For Plaintiffs
*Mr. Powell provided his verbal consent that this document be electronically filed.

Dated: January 5, 2010        HAAPALA, THOMPSON & ABERN, LLP

By: /s/ Rebecca S. Widen
Rebecca S. Widen, Attorneys For Defendants
COUNTY OF ALAMEDA,
MARCY TAKEUCHI, MICHAEL YEE, and
DALE BILLITER

Dated: January 5, 2010        CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN AND SCHELEY

By: */s/ Patrick Co
Patrick Co, Attorneys For Defendants
CITY OF HAYWARD, SAM SANDER and
MIKE EDWARDS
*Mr. Co provided his consent that this document be electronically filed.

**ORDER**

Pursuant to stipulation and for good cause shown, it is SO ORDERED.

Dated: January 6, 2010

Honorable Bernard Zimmerman
United States Magistrate Judge

3

*Pollar v. County of Alameda, et al./*Case #C08-04196 BZ
Stipulation And [Proposed] Order Modifying Scheduling Order