IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIELLE POLLAR, et al.,

        Plaintiff(s),

vs.

COUNTY OF ALAMEDA, et al.,

        Defendant(s).

NO: C-08-4196 BZ (MEJ)

ORDER VACATING
SETTLEMENT CONFERENCE

    PLEASE TAKE NOTICE that this case has been taken off calendar for a Settlement Conference before Chief Magistrate Judge Maria-Elena James on January 15, 2010, at 10:00 a.m., This matter shall be placed on a wait list for the first available date. **The parties shall immediately notify the Court if this matter settles or is dismissed.**

    Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated: January 7, 2010

_____
MARIA-ELENA JAMES
Chief United States Magistrate Judge