**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ.   CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
DANIELLE POLLAR, SHALAWN POLLAR
as Guardian Ad Litem for J.A., a minor

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIELLE POLLAR, et al., | ) | Case No. 08-04196 BZ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | STIPULATION FOR AN |
| vs. | ) | ORDER TO EXTEND |
| | ) | BRIEFING DEADLINES |
| COUNTY OF ALAMEDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties hereto, by and through their respective counsel, do hereby stipulate and agree as set forth below on the following recital of facts and request this court order same:

     1.     The current deadline for Plaintiffs' Oppositions to the Amended Motions for Summary Judgment filed by the City Defendants (Docket #62) and County Defendants (Docket #66) is Friday, February 5, 2010, per Stipulation and Order (Docket #59).

     2.     Plaintiffs will file the Opposition to the City Defendants' Motion for Summary Judgment by the aforementioned deadline.

1

Stipulation and Order re: Extend Briefing Deadlines
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ

3.      Plaintiffs' counsel will not be able to file Plaintiffs' Opposition to County Defendants' Motion for Summary Judgment by the deadline, due to two ongoing juvenile dependency trials, and a family law trial.

4.      First, in the case of *Andrea N., Jadyn N., Ravyn N., Aaliyah K., Jasmine K., Gina K.*, Case #:   228331 through 228335, 228808, in Sacramento County Superior Court, the trial has been spread out over several days, with numerous delays and continuances, and has simply run longer than counsel originally estimated.[1]  The case has at least one days of trial remaining.

5.      Second, in *Charley P., Kaylee R.*, Case # JD19508, JD19509, Plaintiffs' counsel will be in trial at least half of the day on Tuesday, February 2, 2010, in Santa Clara County Superior Court.

6.      Third, in *Delfino v. Collins*, Case# 1-93 CP 001783, Plaintiffs' counsel will be in trial on Friday, February 5, 2010, in Santa Clara County Superior Court.

BASED on the foregoing recitals, the parties stipulate and request the court order that:

1.  The current deadline for Plaintiffs' Opposition to County Defendants' Motion for Summary Judgment is hereby continued from Friday, February 5, 2010, to **Monday, February 8, 2010.**

2.  The current deadline for County Defendants' optional Reply brief is extended from Friday, February 19, 2010, to **Monday, February 22, 2010.**

Stipulation and Order re: Extend Briefing Deadlines
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ

**IT IS SO STIPULATED.**

Dated: 2/2/10                                    ____/S/ Robert R. Powell_____
                                                 ROBERT R. POWELL, ESQ.
                                                 Attorney for Plaintiffs

Dated: 2/2/10                                    __ /S/ Rebecca Widen_____
                                                 REBECCA WIDEN, ESQ.
                                                 Attorney for County of Alameda, and
                                                 Individually Named Defendant
                                                 Employees of the County of Alameda

Dated: 2/2/10                                    ____/S/ Patrick Co_____
                                                 Patrick Co
                                                 Attorney for City of Hayward,
                                                 Sam Sander and Mike Edwards

**[PROPOSED] ORDER**

Based on the foregoing stipulation, and good cause appearing therefore, the

Court hereby adopts the stipulation of the parties and orders as follows:

1. The current deadline for Plaintiffs' Opposition to County Defendants' Motion for
   Summary Judgment is hereby continued from Friday, February 5, 2010, to **Monday,
   February 8, 2010.**

2. The current deadline for County Defendants' optional Reply brief is extended from
   Friday, February 19, 2010, to **Monday, February 22, 2010.**

**IT IS SO ORDERED**.

Dated: _2_/_3_/10                                _____
                                                 JUDGE OF THE U.S. DISTRICT
                                                 COURT FOR THE NORTHERN
                                                 DISTRICT- SAN FRANCISCO

---

[1] In juvenile dependency matters, it is common for the court to assign separate case numbers for each child in a family, though they are heard as one single case.

3

Stipulation and Order re: Extend Briefing Deadlines
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ