UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIELLE POLLAR, et al., | ) | |
| Plaintiffs, | ) | No. C08-4196 BZ |
| v. | ) | **SCHEDULING ORDER** |
| COUNTY OF ALAMEDA, et al., | ) | |
| Defendants. | ) | |

Inasmuch as the settlement conference has been rescheduled to March 2, 2010, it is hereby ordered that the hearing on the pending motions for summary judgment is continued to March 17, 2010.

If the parties agree that settlement prospects would be improved by continuing the current briefing schedule, they may file a stipulation proposing a new briefing schedule.

Dated: February 5, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\POLLAR V. COUNTY OF ALAMEDA\Scheduling Order-SJ.wpd

1