**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ. CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
DANIELLE POLLAR, SHALAWN POLLAR
as Guardian Ad Litem for J.A., a minor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIELLE POLLAR, et al., | ) | Case No. 08-04196 BZ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | STIPULATION FOR AN |
| vs. | ) | ORDER TO EXTEND |
| | ) | BRIEFING DEADLINES |
| COUNTY OF ALAMEDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties hereto, by and through their respective counsel, in consideration of the setting of a Settlement Conference on March 2nd, 2009, and this court's Scheduling Order issued February 5th, 2009, do hereby stipulate and agree as follows;

1. The current deadline for Plaintiffs' Oppositions to the Amended Motions for Summary Judgment filed by the City Defendants (Docket #62) and County Defendants (Docket #66) is Friday, February 5, 2010, as to the City Defendants, and February 8th, 2010, as to the County Defendants, per the Stipulation for same, and Order filed February 3, 2010 (Docket #75).

1

Stipulation and Order re: Extend Briefing Deadlines
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ

2. In consideration of the recited facts pertaining to the recently calendared Settlement Conference for March 2nd, 2010, and the courts' Scheduling Order of February 5th, 2010, the parties agree as follows;

1. Plaintiffs' Opposition to the City Defendants' Motion for Summary Judgment shall be filed by **February 8th, 2010**.

2. City Defendants' Reply to Plaintiffs Opposition, if any, shall be filed by **February 26th, 2010**.

**3.** Plaintiffs' Opposition to the County Defendants Motion for Summary Judgment shall be filed by **February 22nd, 2010**.

**4.** County Defendants' Reply to Plaintiffs' Opposition, if any, shall be filed by **March 8th, 2010.**

**IT IS SO STIPULATED.**

Dated: 2/5/10            ___/S/ Robert R. Powell_____
ROBERT R. POWELL, ESQ.
Attorney for Plaintiffs

Dated: 2/5/10            __ /S/ Rebecca Widen_____
REBECCA WIDEN, ESQ.
Attorney for County of Alameda, and
Individually Named Defendant
Employees of the County of Alameda

Dated: 2/5/10            ___/S/ Patrick R. Co _____
PATRICK R. CO, ESQ.
Attorney for City of Hayward, and
Individually Named Defendant
Employees of the City of Hayward

Stipulation and Order re: Extend Briefing Deadlines
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ

# [PROPOSED] ORDER

Based on the foregoing stipulation, and good cause appearing therefore, the court hereby adopts the stipulation of the parties and orders as follows:

1. Plaintiffs' Opposition to the City Defendants' Motion for Summary Judgment shall be filed by February 8th, 2010,

2. City Defendants' Reply to Plaintiffs Opposition, if any, shall be filed by February 26th, 2010.

3. Plaintiffs' Opposition to the County Defendants Motion for Summary Judgment shall be filed by February 22nd, 2010,

4. County Defendants' Reply to Plaintiffs' Opposition, if any, shall be filed by March 8th, 2010

**IT IS SO ORDERED**.

Dated: _2_/_8_/10

_____
JUDGE OF THE U.S. DISTRICT
COURT FOR THE NORTHERN
DISTRICT- SAN FRANCISCO
Bernard Zimmerman

Stipulation and Order re: Extend Briefing Deadlines
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ