**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ.   CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
DANIELLE POLLAR, SHALAWN POLLAR
as Guardian Ad Litem for J.A., a minor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | | |
|---|---|---|
| DANIELLE POLLAR, SHALAWN POLLAR as Guardian Ad Litem for J.A., a minor, | ) ) ) ) | Case No. 08-04196 BZ |
| Plaintiffs, | ) ) | [Proposed] ORDER OF THE COURT ON EX-PARTE APPLICATION |
| vs. | ) ) ) | ORDER GRANTING INCREASED PAGE LIMIT FOR PLAINTIFFS' OPPOSITION TO CITY |
| COUNTY OF ALAMEDA, | ) ) | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| Defendants. | ) ) ) | |

  Plaintiffs' Ex-parte Application for Order Granting Increased Page Limit for Plaintiffs' Opposition to City Defendants' Motion for Summary Judgment, was submitted February 8, 2010 by e-file and chambers submission by e-mail through the ECF system.

  Upon review of the Application, the Declaration of Counsel [In Support], and the review of any opposition pleadings submitted, if any, the court hereby finds and orders as

//

1

Proposed Order on Ex-parte Application
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ)

follows:

GOOD CAUSE APPEARING,

1. Plaintiffs may file a brief up to 28 pages in Opposition to the City Defendants' Motion for Summary Judgment which is filed and currently pending.

2. City Defendants may file a Reply brief up to 3 pages longer than the default limit as provided for by the Local Rules.

**IT IS SO ORDERED.**

Date: 2/_ 8 _/2010

JUDGE BERNARD ZIMMERMAN
U.S.D.C. NORTHERN DISTRICT
CALIFORNIA – San Francisco

Proposed Order on Ex-parte Application
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ)