Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, MARCY TAKEUCHI,
DALE BILLETER and MICHAEL YEE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| DANIELLE POLLAR, SHALAWN POLLAR, Guardian Ad Litem for J.A., a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, MARY TAKEUCHI, DALIE BILLITER, MICHAEL YEE, CITY OF HAYWARD, SAM SANDER, MIKE EDWARDS and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.:  C08-04196 BZ (MEJ)<br><br>[~~PROPOSED~~] ORDER GRANTING INDIVIDUAL DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING AT MARCH 2, 2010 SETTLEMENT CONFERENCE |

Defendants MARCY TAKEUCHI, DALE BILLETER and MICHAEL YEE have requested to be excused from personally attending the March 2, 2010 settlement conference, or from being available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

Good cause appearing,

The request by defendants MARCY TAKEUCHI, DALE BILLETER and MICHAEL YEE to be excused from the conference is hereby granted.

Dated:   2-18-10

_____
Magistrate Judge Maria-Elena James

1