ROBERT R. POWELL, ESQ. CSB#159747
DENNIS R. INGOLS, ESQ.   CSB#236458
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
DANIELLE POLLAR, SHALAWN POLLAR
as Guardian Ad Litem for J.A., a minor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE POLLAR, SHALAWN POLLAR as Guardian Ad Litem for J.A., a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, Mary Takeuchi, Dale Billiter, Michael Yee CITY OF HAYWARD, Sam Sander, Mike Edwards, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 08-04196 BZ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: INCREASED PAGE LIMIT FOR PLAINTIFFS' OPPOSITION TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The parties hereto, by and through their respective counsel, do hereby stipulate and agree as set forth below and request this court order same:

1. Plaintiffs may file a brief up to 29 pages in Opposition to the County Defendants' Motion for Summary Judgment which is filed and currently pending.

2. County Defendants may file a Reply brief up to 4 pages longer than the default limit as

1

Stipulation and Order
Pollar v. County of Alameda, et al.
(Case No. 08-04196 BZ)

provided for by the Local Rules.[1]

**IT IS SO STIPULATED.**

Dated: 2/22/10     ___/S/ Robert R. Powell_____
                                ROBERT R. POWELL, ESQ.
                                Attorney for Plaintiffs

Dated: 2/22/10     ___/S/ Rebecca Widen_____
                                REBECCA WIDEN, ESQ.
                                Attorney for County of Alameda, and
                                Individually Named Defendant
                                Employees of the County of Alameda

# [PROPOSED] ORDER

Based on the foregoing stipulation, and good cause appearing therefore, the Court hereby adopts the stipulation of the parties and orders as follows:

1. Plaintiffs may file a brief up to 29 pages in Opposition to the County Defendants' Motion for Summary Judgment which is filed and currently pending.

2. County Defendants may file a Reply brief up to 4 pages longer than the default limit as provided for by the Local Rules.

**IT IS SO ORDERED.**

Date: 2/ 23 /2010     _____
                                    JUDGE BERNARD ZIMMERMAN
                                    U.S.D.C NORTHERN DISTRICT
                                    CALIFORNIA – San Francisco

---

[1] City Defendants' counsel, Patrick Co, was contacted by e-mail regarding this stipulation, mostly for posterity sake, as the requested relief does not effect his clients. He did not respond, so the stipulation was filed without his approval. Plaintiffs' counsel apologizes if the court disagrees with this approach.

2