UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIELLE POLLAR, et al., | ) | |
| Plaintiffs, | ) ) | No. C08-4196 BZ |
| v. | ) ) | **ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** |
| COUNTY OF ALAMEDA, et al., | ) ) | |
| Defendants. | ) ) | |

Having been advised that this case has settled pending approval by County of Alameda and the City of Hayward, **IT IS ORDERED AS FOLLOWS:**

1. The hearing scheduled for March 17, 2010 is **CONTINUED** to **Wednesday, May 5, 2010**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. The County Defendant's Reply is due on **April 21, 2010.**

3. The parties shall inform the court in writing when

///

///

1

the settlement is approved by all the necessary parties.

Dated: March 2, 2010

                                            /s/ Bernard Zimmerman
                                            Bernard Zimmerman
                                       United States Magistrate Judge

G:\BZALL\-BZCASES\CONSENT CASES FORMS\ORDER CONTINUING HRG AND SETTING BRIEFING SCHEDULE.wpd