**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ. CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DANIELLE POLLAR, et al., | ) | Case No. 08-04196 BZ |
|---|---|---|
| Plaintiffs, | ) | [PROPOSED] ORDER APPROVING |
| | ) | EX-PARTE PETITION FOR |
| vs. | ) | APPROVAL OF MINOR'S |
| | ) | COMPROMISE OF CLAIMS |
| | ) | |
| COUNTY OF ALAMEDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs herein, by and through their counsel, submitted a Petition for Court

Approval of Minor's Compromise of Claims ("Petition") on April 1, 2010,

pertaining to a settlement that Plaintiffs Danielle Pollar, and her children J.A. by

and through her Guardian Ad Litem, Shalawn Pollar, had reached with the

County of Alameda, the City of Hayward, and all employee-defendants thereof.

Upon review of the file and consideration of the Petition, the Declaration of

Plaintiffs' counsel and supporting documentation submitted therewith, and the

1

Order Approving Minor's Compromise of Claims
Pollar v. County of Sacramento, et al.
(Case No. 08 CV 02239)

opposition and/or non-opposition of any Defendant provided to the Court prior

to the making of this Order, the Court does hereby find and order as follows:

GOOD CAUSE APPEARING,

1.   The minor Plaintiff's claims against the Defendant County of Alameda,

Defendant City of Hayward, and the individually-named employee-defendants of

those entities, as compromised pursuant to the terms of the Settlement

Agreement and General Release (as described in the Petition [J.A.'s portion]),

the periodic payment schedules (Exhibit A to the Petition, and to the Declaration

of Robert R. Powell), and the Non-Qualified Assignment and Release (of

Periodic Payment Obligation, redacted to protect the minors' privacy - Ex. B to

the Declaration of Robert R. Powell), is approved.

2.   Plaintiffs' counsel may attach the fully-executed, non-redacted settlement

documents, when obtained, to this Order for purposes of submitting same to

Allstate Life Insurance Company.

3.   The Court approves the distribution of attorneys' fees to Plaintiffs' counsel

as set forth in the Petition.

4.   Should delays in effectuating the financial terms of this settlement cause a

decrease in the future payout amount to be received by J.A., no further pleading

or order of this Court shall be necessary, so long as the total payout is no less

2

Order Approving Minor's Compromise of Claims
Pollar v. County of Sacramento, et al.
(Case No. 08 CV 02239)

than $97,000 to the minor, all other variables (payout dates, purchase price of annuities) remaining the same (current quote is $102,000 total for the minor).

5.    The Court approves of the dismissal of all claims, of all Plaintiffs, as against Defendant County of Alameda, Defendant City of Hayward, and all employee Defendants of those entities, with prejudice.  Plaintiffs' counsel shall submit such dismissal promptly after the annuity/annuities set forth in the settlement documents have been funded, and all other due consideration has been received by Plaintiffs' counsel.

**IT IS SO ORDERED**

Dated: 8 /60/2010

Bernard Zimmerman
U.S. District Court Magistrate Judge

3

Order Approving Minor's Compromise of Claims
Pollar v. County of Sacramento, et al.
(Case No. 08 CV 02239)